**The DeHaan Law Firm P.C.**
John W. DeHaan, Esq.
WWW.DBDISABILITYLAW.COM
WWW.FERSDISABILITY.NET
300 Rabro Drive East ■ Suite 101 ■ Hauppauge, New York 11788 ■ 631.582.1200

<u>Via ECF</u>
Hon. Sarah L. Cave, U.S. M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> Plaintiff's request at ECF No. 10 is GRANTED, and the proposed briefing schedule set forth therein is ADOPTED.
>
> The Clerk of Court is respectfully directed to close ECF No. 10.
>
> SO ORDERED.   8/7/2024   /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   Minogue v. O'Malley, Comm'r of Soc. Sec.
       Docket No.: 1:24-CV-04227-JLC

Dear Magistrate Judge Cave:

I represent the plaintiff, Heidi Minogue, in the above-referenced action seeking review of the denial of Social Security benefits. Avni Gandhi of the Office of General Counsel represents the Commissioner.

I write pursuant to Your Honor's Individual Practice Rules and Standing Order M10-468 to request an adjournment of the motion briefing schedule, which, if granted, would result in the following changes:

|  | Current Deadline | *New Deadline* |
|---|---|---|
| Plaintiff to Serve/File Motion | September 4, 2024 | ***November 15, 2024*** |
| Defendant to Serve/File Response | October 4, 2024 | ***January 14, 2025*** |
| Plaintiff to Serve/File Reply | October 18, 2024 | ***February 4, 2025*** |

I make this request because I am scheduled for surgery on September 5, 2024, and between conflicting deadlines and pre-surgical testing, I will be unable to complete my moving papers by the current deadline. I have consulted with Ms. Gandhi, and she consents to this request. There have been no prior adjournments of these deadlines.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,
**The DeHaan Law Firm P.C.**
By:   /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

cc:   Avni Gandhi, OGC (Via ECF)