**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HEIDI L. MINOGUE,

                    Plaintiff,                    24 **CIVIL** 4227 (SLC)

        -v-                                  **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 8, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties agree that on remand, the Appeals Council will instruct the administrative law judge to: consider the evidence submitted with the request for review; reconsider Plaintiffs residual functional capacity; further evaluate the opinion evidence; further evaluate Plaintiffs alleged symptoms; seek supplemental vocational expert (VE) evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; before relying on VE evidence, identify and resolve any conflicts between the occupational evidence provided by the VE and information in the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p; give Plaintiff an opportunity for a hearing; and issue a new decision.

**Dated:**  New York, New York

November 8, 2024

                                              **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

**BY:** _____

                                                **Deputy Clerk**